within the inherent power of the bankruptcy court to sanction such tactics.[3] We therefore affirm the award of sanctions.

AFFIRMED as to sanctions; otherwise DISMISSED. Costs on appeal awarded against Appellant.

**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Josie LAPRADA, Defendant— Appellant.**

**No. 04–30448.**

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 9, 2006.*

Decided Feb. 1, 2006.

James E. Seykora, Esq., Billings, MT, for Plaintiff-Appellee.

Luis B. Juarez, Esq., Juarez Law Office, Las Vegas, NM, for Defendant–Appellant.

Before: HUG, O'SCANNLAIN and SILVERMAN, Circuit Judges.

MEMORANDUM **

Josie LaPrada appeals from her 97–month sentence imposed following her

guilty plea conviction to conspiracy to possess marijuana with intent to distribute, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

We dismiss in light of the valid appeal waiver. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000) (stating that an appeal waiver is valid when it is entered into knowingly and voluntarily); *see also United States v. Cardenas,* 405 F.3d 1046, 1048 (9th Cir.2005) (holding that the changes in sentencing law imposed by *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), did not render waiver of appeal involuntary and unknowing).

DISMISSED.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by 9th Cir. R. 36–3.

